# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CURB RECORDS, INC. )
)
    Plaintiff )
)
)
v. )   Case No: 3:13-0399
)
SAMUEL T. McGRAW, p/k/a TIM )
MCGRAW, McGRAW MUSIC, LLC )
and BIG MACHINE RECORDS, LLC )
)
    Defendants. )

*This motion is GRANTED for the date and time requested.*

## JOINT MOTION TO RESET CASE MANAGEMENT CONFERENCE

    The parties respectfully move to reset the Case Management Conference in this matter, which is currently scheduled for June 21, at 2:00 p.m. As grounds for this motion, the parties would show that the responsive pleadings of Defendants McGraw and McGraw Music, LLC do not fall due until June 27, service having been waived pursuant to Fed.R.Civ.P. 4(d). In addition, undersigned counsel for McGraw and McGraw Music, LLC has a previously scheduled multi-day trip to Oklahoma and will be in Oklahoma City on June 21. Counsel have conferred concerning rescheduling and are available on Monday, July 29 at 2:00 p.m., which they understand to be an available date and time.

    The parties therefore respectfully request that the Case Management Conference in this matter be rescheduled to July 29, 2013 at 2:00 p.m. in Nashville.