IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURB RECORDS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:13-cv-00399 ) Chief Judge Haynes |
| SAMUEL T. McGRAW p/k/a TIM McGRAW MUSIC, LLC and, BIG MACHINE RECORDS, LLC, | ) ) ) ) |
| Defendants. | ) |

## O R D E R

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 30). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

This is the **FINAL ORDER** in this action.

ENTERED this the _16_ day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court